BEFORE:  JOAN M. AZRACK                     DATE: 3/19/2025
UNITED STATES DISTRICT JUDGE               TIME:  4:00 PM (15 min)

## <u>CRIMINAL CAUSE FOR ARRAIGNMENT</u>

**DOCKET NO.  22-cr-429**

**DEFENDANT: Francisco Javier Roman-Bardales**          **DEF. #: 10**
☒ Present   ☐ Not present      ☒ Custody   ☐Bail
**DEFENSE COUNSEL:  John Curran, for arraignment only**
☐ Federal Defender      ☒ CJA      ☐ Retained

**AUSA: Justina Geraci, Paul Scotti w/Donald Anspacher, Daniel Fandrey, Craig Matteo, Joseph Chester, Sean McMullen**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi          COURTROOM DEPUTY: LMP

☒   Case Called.          ☒   Counsel present for all sides.
☐   All parties consent to appear telephonically.
☒   Initial Appearance and Arraignment held.
☒   Government reminded of the Rule 5(f) obligation.
☒   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed as the case has been deemed complex; time excluded
from 3/19/2025 through 4/1/2025.
☐   Order setting conditions of release and bond entered.
☒   Permanent order of detention entered.
☐   Temporary order of detention entered.
        ☐   Detention hearing scheduled for .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled for 4/1/2025 at 12:00 PM before Judge Azrack in
Courtroom 920 of the Long Island Courthouse.

☐   OTHER:

Defendants   ☐   Released on Bond          ☒   Remain in Custody.